UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:  ) CHAPTER 13 PROCEEDINGS
LINDA BRADLEY  )
 ) CASE NO. 12-24762 JPK
 )
Debtor(s)  )

## ORDER

Paul R. Chael, Standing Chapter 13 Trustee herein, having filed a Motion to Transfer Venue and Reassign Trustee on March 7, 2013, notice of said motion having been given and no objections having been filed, the Court now approves said motion.

It is hereby Ordered, Adjudged, and Decreed that the venue of this case is transferred to the Northern District of Illinois and should be assigned to a Trustee for that District.

So Ordered: **APR 0 2 2013**

*[signature]* JS 104

Judge, U. S. Bankruptcy Court